IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DNIGMA HOWARD,<br><br>                Plaintiff,<br>vs.<br><br>CITY OF CHICAGO, JOHNNIE PIERRE,<br>SHERRY TRIPP and CHICAGO BOARD OF<br>EDUCATION,<br><br>                Defendants. | Case No. 19 C 1281<br><br>Judge John F. Kness<br><br>Magistrate Judge Susan E. Cox |

**AMENDED STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, the Chicago City Council has approved the Release and Settlement Agreement executed by the parties, therefore, all claims related to this cause should be dismissed with prejudice on February 14, 2021, unless a motion is filed by any party.

_____
Andrew Stroth
Attorneys for Plaintiff, Dnigma Howard
Action Injury Law Group
191 N. Wacker Drive, Ste. 2300
Chicago, Illinois 60606
(844) 878-4529
Attorney No. 6276013
FEIN: 47-2162330
DATE: 12/22/2020

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Celia Meza
Acting Corporation Counsel
Attorney for City of Chicago
BY: _____
Caroline Fronczak
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: December 22, 2020

_____
Iris Y. Chavira
Assistant Corporation Counsel Supervisor
Attorney for Johnnie Pierre and Sherry Tripp
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602

Attorney No. 6296067
(312) 744-9602
DATE: 12/22/2020